UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

    Plaintiff,

v.

PEOPLE OF THE
STATE OF MICHIGAN *et al.*,

    Defendants.

Case No. 20-cv-11326
Hon. Matthew F. Leitman

_____/

## **ORDER DIRECTING PLAINTIFF TO PAY THE REQUIRED FILING FEE OR COMPLETE AN APPLICATION TO PROCEED IN FORMA PAUPERIS**

On March 29, 2020, Plaintiff Calvin Robinson filed this action in which he seeks a writ of mandamus. (*See* Compl., ECF No. 1.) When Robinson filed his Complaint, he neither paid the required filing fee nor submitted an application to proceed *in forma pauperis*. The Court thereafter issued a notice to Robinson informing him that he had failed to pay the required fee. (*See* Notice, ECF No. 2.) The notice directed Robinson to either pay the fee or file an application for *in forma pauperis* status within seven days. (*See id.*) Robinson did neither. Instead, on June 5, 2020, he sent an unsworn letter to the Court in which he said that he was indigent. (*See* Ltr., ECF No. 4.) That letter is insufficient to grant Robinson *in forma pauperis* status. It was not completed under the penalty of perjury, and it does not include all

1

of the information that the Court requires in order to determine whether to grant Robinson *in forma pauperis* status.

Accordingly, **IT IS HEREBY ORDERED** that, by no later than **July 1, 2021**, Robinson shall either (1) pay the required filing fee or (2) file a completed and signed application to proceed *in forma pauperis* with the Court. For Robinson's convenience, the Court will include a blank application when it mails him a copy of this order. If Robinson fails to comply with this order, the Court will dismiss this action without prejudice**.**

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794
