UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

      Plaintiff,

v.

PEOPLE OF THE
STATE OF MICHIGAN *et al.*,

      Defendants.

Case No. 20-cv-11326
Hon. Matthew F. Leitman

_____/

## ORDER (1) DISMISSING PETITION (ECF No. 1) WITHOUT PREJUDICE AND (2) TERMINATING PLAINTIFF'S MOTION TO ADD PARTIES (ECF No. 8) AS MOOT

On March 29, 2020, Plaintiff Calvin Robinson filed a petition for a writ of mandamus in this Court. (*See* Pet., ECF No. 1.) He has also filed a motion to add parties as defendants to this action. (*See* Mot., ECF No. 8.)

When Robinson filed his petition, he did not pay the required filing fee or submit an application to proceed *in forma pauperis*. One May 28, 2020, the Court issued a notice to Robinson informing him that he had failed to pay the required fee (the "Filing Fee Notice"). (*See* Filing Fee Notice, ECF No. 2.) The Filing Fee Notice directed Robinson to either pay the fee or file an application for *in forma pauperis* status by no later than June 4, 2020. (*See id.*)

1

In addition, the Court issued a second notice to Robinson informing him that under the Court's local rules, it was his obligation "to promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever [his] address, e-mail address, phone number and/or other contact information changes" (the "Change of Address Notice"). (*See* Change of Address Notice, ECF No. 3, citing E.D. Mich. Local Rule 11.2.) The Change of Address Notice warned Robinson that the "[f]ailure to promptly notify the court of a change in address or other contact information may result in the dismissal of [his] case." (*Id.*, PageID.8.)

As of June 2, 2021, Robinson had not responded to the Filing Fee Notice or taken any other action to prosecute his case. The Court therefore issued an order requiring him to "either (1) pay the required filing fee or (2) file a completed and signed application to proceed *in forma pauperis* with the Court" by no later than July 1, 2021. (*See* Order, ECF No. 20, PageID.20.) The Court also sent Robinson a blank *in forma pauperis* application for his convenience. (*See id.*) The Court then told Robinson that if he "fail[ed] to comply with this order, the Court [would] dismiss this action without prejudice." (*Id.*) The copy of the June 2, 2021, order that the Court mailed to Robinson at the address he provided returned to the Court as undeliverable. (*See* ECF No. 10.)

Robinson has failed to comply with the June 2, 2021, order by either paying the required filing fee or submitting a signed *in forma pauperis* application. In addition, Robinson has failed to comply with Local Rule 11.2 by providing the Court his current address. Finally, Robinson has neither contacted the Court to ask for additional time to comply with the June 2, 2021, order, nor taken any other steps to prosecute this action.

Accordingly, for all of the reasons stated above, and because Robinson has failed to comply with the Court's orders and with the Court's local rules, the Court **DISMISSES** Robinson's petition (ECF No. 1) without prejudice. The Court further **DENIES** Robinson's motion to add parties (ECF No. 8) as moot.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794